

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on December 22, 2014. On December 23, the court reporter responsible for preparing the record, Ms. Sylvia Diane Trevino, filed a notification of late record requesting a thirty-day extension to file the record. The request was granted, and the deadline for filing the record was extended to January 21, 2015. The record was not filed by the extended deadline.

It is therefore ORDERED that Ms. Trevino file the reporter's record in this appeal no later than February 11, 2015. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Richard C. Terrell, Judge of the 79th Judicial District Court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court